May Term, 1817.

MILLS
v.
CONNER.

that Court at *Corydon*, at the commencement of the state government, transferred into this Court by an act of the state legislature at their first session.

*The Court*, on motion of the plaintiff, ordered the papers in the suit to be transmitted to the Circuit Court of *Warrick* county in which the cause of action had accrued. Ind. Stat. 1816, p. 13(1).

*Blake*, for the plaintiff.

(1) Similar orders were made, in several other causes, during the term.

## MILLS *v.* CONNER.

*Wednesday, May 7.*

ERROR to the *Dearborn* Circuit Court.—The plaintiff moved for a writ of *supersedeas* in this case, on the ground, that the judgment had been rendered on an award made after the time limited by the rule.

*Per Curiam.*—Take your motion, upon condition that a bond be executed according to law (1).

*Kidder*, for the plaintiff.

(1) A similar motion was made and granted in the case of *Percival* v. *Post.* Absent *Holman*, J. who had been of counsel for the defendant.

END OF MAY TERM, 1817.

*i*